IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CARIS DIAGNOSTICS, INC, | § | |
| Plaintiff | § § § | |
| vs. | § § | NO. 3:09-CV-1917 |
| SUSAN M. BAILEY, | § § § | |
| Defendant. | § § § § | |

### APPENDIX IN SUPPORT OF PLAINTIFF CARIS DIAGNOSTIC'S RESPONSE TO DEFENDANT'S MOTION TO ABSTAIN AND DISMISS

In support of Plaintiff's Response to Defendant's Motion to Abstain and Dismiss, Caris Diagnostics, Inc., provides the attached evidence:

| **Description** | | | **Appendix** |
|---|---|---|---|
| Affidavit of Philip ("Joe") Ellison | | | 1-9 |
| | Ex. A | Application for Employment | 10-13 |
| | Ex. B | Employment Offer Letter, 2/12/08 | 14-16 |
| | Ex. C | Employment Agreement, 3/10/02 | 17-28 |
| | Ex. D-1 | Employment Offer Letter, 2/20/08 | 29-31 |
| | Ex. D-2 | Employment Agreement, 3/24/08 | 32-44 |
| | Ex. E | Summary of Expense Reimbursement Records | 45 |
| | Ex. F-1 | Excerpts from website of Plus Dx | 46-47 |
| | Ex. F-2 | Excerpts from website of Plus Dx | 48 |
| | Ex. F-3 | Press Release regarding Senior Executive Appointments | 49-51 |
| | Ex. G | List of Potential Witnesses to Arbitration Proceeding | 52-55 |

| **Description** | | **Appendix** |
|---|---|---|
| Affidavit of Michael J. Guidotti | | 56-58 |
| Affidavit of Russell O. Farr | | 59-62 |
| Affidavit of John F. McCarthy, Jr. | | 63-65 |
| Ex. A. | 9/1/09 Letter to American Arbitration Association for Demand for Arbitration, and attached copy of Employment Agreement | 66-81 |
| Ex. B | 9/15/09 Letter from William G. Miossi, counsel for Susan Bailey | 82-83 |
| Ex. C | 9/16/09 Letter to William G. Miossi in response to the Inquiry raised in Mr. Miossi's letter | 84-85 |
| Ex. D | 10/6/09 Letter from William G. Miossi to American Arbitration Association requesting sixty (60) day suspension of arbitration proceedings | 86-87 |
| Ex. E | 10/6/09 Letter from Case Manager Deanna E. Vicks of American Arbitration Association advising the arbitration has been suspended for sixty (60) days | 88 |

Respectfully submitted,

\s\ John F. McCarthy, Jr.
John F. McCarthy, Jr.
Texas State Bar No. 13374500
M. Scott McDonald
Texas State Bar No. 13555505
Jeremy W. Hawpe
Texas State Bar No. 24046041

LITTLER MENDELSON
A Professional Corporation
2001 Ross Avenue
Suite 1500, LockBox 116
Dallas, TX  75201
Telephone:  214.880.8100
Facsimile:   214.880.0181

>jmccarthy@littler.com
>smcdonald@littler.com
>jhawpe@littler.com
>
>ATTORNEYS FOR PLAINTIFF
>CARIS DIAGNOSTICS, INC.

### CERTIFICATE OF SERVICE

On October 29, 2009, I electronically submitted the foregoing document with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case file system of the Court. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(5).

>/s/ John F. McCarthy, Jr.
>John F. McCarthy, Jr.

Firmwide:92709006.1 054533.1006